IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAWANNA ARMSTEAD,

Plaintiff,

vs.

UNION PACIFIC RAILROAD,

Defendant.

8:21CV183

MEMORANDUM AND ORDER

On September 3, 2021, the court ordered Plaintiff to file an amended complaint by October 4, 2021. (Filing 6.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 6 at CM/ECF pp. 8-9.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 20th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge